UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-60064-STRAUSS

**JASON BARNETT,**

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

## **FINAL JUDGMENT**

In accordance with the Court's Order on Motions for Summary Judgment [DE 14], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, Final Judgment is hereby entered in favor of Defendant, Commissioner of Social Security, and against, Plaintiff, Jason Barnett. The Commissioner's decision is **AFFIRMED**. The Clerk shall **CLOSE** this case, with any pending motions being **DENIED as moot**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th day of June 2025.

Jared M. Strauss
United States Magistrate Judge